[No. 14950-8-II. Division Two. May 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LUTHER
ROY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-00541-1, Terry D. Sebring, J., entered

April 30, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.